IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-4138 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL | § | |
| DISTRICT, RICHARD BARAJAS and | § | |
| CHUCK FIMBLE, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court has determined that this case is appropriate for referral to Magistrate Judge Mary Milloy for a settlement conference. Each party who is a natural person must be present during the settlement conference. Each party that is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement must be present during the settlement conference. The conference must take place in October or November 2010.

SIGNED on May 14, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge