IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-4138 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL | § | |
| DISTRICT, RICHARD BARAJAS and | § | |
| CHUCK FIMBLE, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This court has reviewed the motion for extension of time and the response. The amendments to the complaint must be made no later than the day before the plaintiff is to be deposed. The deposition is scheduled for August 19, 2010. The motion for extension is granted to the limited extent of allowing the plaintiff until 5:00 p.m. on August 18, 2010 to amend the complaint as directed in this court's earlier order.

SIGNED on August 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge