IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-4138 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL | § | |
| DISTRICT, RICHARD BARAJAS and | § | |
| CHUCK FIMBLE, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING WITH PREJUDICE

The plaintiff, Henry Jackson, Jr., moved to dismiss the remaining claims in this case, but without prejudice. The defendant, Houston Independent School District, does not oppose dismissal but does oppose dismissal without prejudice because limitations clearly bar the claims. The plaintiff has not provided any basis to dismiss without prejudice. This case is dismissed, with prejudice.

This is a final judgment.

SIGNED on November 22, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge